IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 3:09-00099 |
| | ) | Judge Trauger |
| [10] COREY QUIANTIAN RODGERS | ) | |
| | ) | |

**O R D E R**

It is hereby **ORDERED** that a hearing shall be held on the Petition to Revoke Supervision (Docket No. 804) on Tuesday, August 5, 2014, at 2:00 p.m.

It is so **ORDERED.**

Enter this 25th day of July 2014.

_____
ALETA A. TRAUGER
United States District Judge