Motion is GRANTED.

# UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF TENNESSEE

### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-00099 |
| v. | ) | |
| | ) | |
| COREY QUIANTIAN RODGERS | ) | |

## MOTION TO DISMISS PETITION

Comes the United States of America and moves the Court to dismiss the Petition (DE 804), alleging a violation of the conditions of supervised release. The undersigned attorney for the United States has been informed by the probation officer that the charge against the defendant in state court, which is the basis for the petition, has been dismissed.

The United States therefore moves the Court to dismiss the Petition.

Respectfully submitted,

DAVID A. RIVERA
UNITED STATES ATTORNEY

BY:     s/Harold B. McDonough
HAROLD B. McDONOUGH
Assistant United States Attorney
110 9th Avenue, South, Suite A-961
Nashville, TN   37203-3870
Phone: (615) 736-5151

1